**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOVAN PAYNE,

    Petitioner,

v.

STATE OF MICHIGAN,

    Respondent.
_____/

CASE NO. 06-CV-12873
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

### ORDER AMENDING CAPTION

Petitioner, Jovan Payne, has filed a petition for writ of habeas corpus in which he names the State of Michigan as the Respondent. Petitioner is currently incarcerated at the Southern Michigan Correctional Facility in Jackson, Michigan. The only proper respondent in a habeas case is the habeas petitioner's custodian, which in the case of an incarcerated habeas petitioner would be the warden. *See Hogan v. Hanks,* 97 F. 3d 189, 190 (7th Cir. 1996); *See also* Rule 2(a), 28 foll. U.S.C. § 2254. The warden at the Southern Michigan Correctional Facility is S.L. Burt.

Accordingly, the Court **AMENDS** the caption to *"Jovan Payne v. S.L. Burt."*

                                                    s/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: 7-3-06